**Larry R. EDWARDS, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 03–3253.

United States Court of Appeals, Federal Circuit.

May 19, 2004.

Larry R. Edwards, of Counsel, Tulsa, OK, pro se.

Michael D. Austin, Principal Attorney, Mark A. Melnick, Joyce G. Friedman, David M. Cohen, of Counsel, Washington, DC, for Respondent.

### ORDER

LOURIE, Circuit Judge.

Larry R. Edwards moves for reconsideration of the court's December 2, 2003 order dismissing his petition for review for failure to file a brief.

Edwards has since submitted a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for reconsideration is granted, the dismissal order is vacated, and the mandate is recalled.

(2) The Merit Systems Protection Board's brief is due within 21 days of the date of the filing of this order.